# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | |
| LINEAGE LOGISTICS, LLC, | |
| Defendant. | |

## COMPLAINT

Plaintiff Norfolk Southern Railway Company ("Norfolk Southern"), by and through its attorneys, files this Complaint against defendant Lineage Logistics, LLC ("Lineage") and in support thereof, avers as follows:

## PARTIES

1. Norfolk Southern is a corporation incorporated under the laws of the Commonwealth of Virginia with its principal place of business in Norfolk, Virginia.

2. Norfolk Southern operates as an interstate rail carrier subject to the jurisdiction of the U.S. Surface Transportation Board ("STB"), and is governed by the provisions of the Interstate Commerce Act, 49 U.S.C. § 10101, *et seq.*

3. Lineage is a Delaware limited liability company with its principal place of business in Novi, Michigan.

4. Lineage operates a facility which received rail services from Norfolk Southern in Attalla, Alabama.

5. Upon information and belief, no members of Lineage are domiciled in the Commonwealth of Virginia.

## JURISDICTION

6. Jurisdiction is based upon 28 U.S.C § 1337 as this is a cause of action arising under the Interstate Commerce Act, 49 U.S.C. §§ 10101 *et seq.*, and specifically 49 U.S.C. § 10746.

7. In the alternative, jurisdiction is also based upon 28 U.S.C. § 1332 as the plaintiff and defendant are citizens of different states, and the amount at issue exceeds jurisdictional requirements.

## VENUE

8. Venue properly lies in this district pursuant to 28 USC § 1391(b) because Lineage is subject to personal jurisdiction in this judicial district, and a substantial part of the events or omissions giving rise to the plaintiff's claims occurred this judicial district.

## CAUSE OF ACTION
### Failure to Pay Demurrage Charges

9. Pursuant to 49 U.S.C. § 10746, Norfolk Southern established rules related to the assessment and computation of rail car demurrage and private rail car storage charges ("Demurrage Charges").

10. The rules, which set forth the manner in which Demurrage Charges are accrued and assessed, are set out in Norfolk Southern tariffs, which are public tariffs posted on the internet.

11. Beginning in or about October of 2016, pursuant to the terms of Norfolk Southern's rail car demurrage tariffs, Norfolk Southern released rail cars into the possession of Lineage, and Lineage accepted delivery of said rail cars.

12. Prior to the delivery of the aforementioned rail cars, Norfolk Southern provided Lineage with actual written notice of Norfolk Southern's demurrage tariffs.

13. Between November 2016 and August 2018, Lineage failed to return possession of railroad-controlled rail cars to Norfolk Southern within the allotted "free time" as prescribed by Norfolk Southern's demurrage tariffs and as a result accrued Demurrage Charges in accordance with the terms of the governing tariffs.

14. Additionally, between November 2016 and August 2018, Lineage stored privately owned railcars on Norfolk Southern's track, and as a result accrued Demurrage Charges in accordance with the terms of Norfolk Southern' governing demurrage tariffs.

15. Norfolk Southern has performed all conditions precedent necessary to be entitled to payment of the Demurrage Charges from Lineage.

16. Norfolk Southern submitted invoices to Lineage for the Demurrage Charges, and these invoices were received by Lineage and Lineage made partial payments on some of the invoices.

17. The total amount of the Demurrage Charges accrued by Lineage during this time period total which remains due to Norfolk Southern is in an amount not less than $182,580.00.

18. Although demand has been made for payment of the unpaid Demurrage Charges, Lineage has failed and refused to pay said charges.

**WHEREFORE**, Plaintiff Norfolk Southern Railway Company respectfully demands that judgment be entered in its favor and against defendant Lineage Logistics, LLC in an amount not less than $182,580.00.  Norfolk Southern also respectfully demands payment of any further demurrage that may accrue up until the time of trial, along with prejudgment interest, finance charges which accrue up until the time of trial, costs and attorneys' fees, as required by Norfolk Southern's Tariff 6004 and other tariffs, and such other relief as the Court may allow.

                Respectfully submitted,

                **RITCHEY & RITCHEY**

By:   */s/Gregory S. Ritchey*
       Gregory S. Ritchey
       1740 Oxmoor Road, Suite 100
       Birmingham, AL 35209
       Telephone: (205) 271-3105
       Facsimile: (205) 271-3111
       Email: gsritchey@ritcheylaw.com

**OF COUNSEL**

**KEENAN COHEN & MERRICK. P.C.**
Jeffrey D. Cohen
Timothy L. Frey
125 Coulter Ave.
Suite 1000
Ardmore, PA 19003
Phone: (215) 609-1110
Fax: (215) 609-1117
Email: jcohen@freightlaw.net
Email: tfrey@freightlaw.net

*Attorneys for Plaintiff Norfolk Southern Railway Company*

Dated: November 29, 2019